IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIZA WEISER and SCOTT WEISER, as administrators and personal representatives of the ESTATE OF DAVID WEISER and in their individual capacities,<br><br>Plaintiffs,<br><br>v.<br><br>ELIZABETHTOWN AREA SCHOOL DISTRICT, MICHELE BALLIET, MONICA STEWARD, GEORGE LONGRIDGE, NATHAN FRANK, MICHELLE HECKMAN, MARY ROUSH, and JOHN/JANE DOE # 1-10 SCHOOL DISTRICT EMPLOYEES/OFFICIALS,<br><br>Defendants. | CIVIL ACTION<br>NO. 17-625 |

## ORDER

**AND NOW**, this 27th day of February, 2018, upon consideration of Defendants' Motion to Dismiss, Motion to Dismiss Crossclaim, and Motion to Dismiss Amended Crossclaim, as well as the opposition thereto and all replies, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 9) is **DENIED**;

2. Defendants' Motion to Dismiss Crossclaim (Docket No. 10) is **DENIED** as moot;

3. Defendants' Motion to Dismiss Amended Crossclaim (Docket No. 19) is **DENIED**; and

4. Defendants shall file an answer to Plaintiffs' Amended Complaint within twenty (20) days.

                **BY THE COURT:**

                **/s/ Jeffrey L. Schmehl**
                Jeffrey L. Schmehl, J.