IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIZA WEISER and SCOTT WEISER, as Administrators and Personal Representatives of the ESTATE OF DAVID WEISER, and in their Individual Capacities,<br>　　　　Plaintiffs<br><br>　　　　v.<br><br>ELIZABETHTOWN AREA SCHOOL DISTRICT et al.,<br>　　　　Defendants | : NO. 5:17-625<br>:<br>: CIVIL ACTION – LAW<br>:<br>: TRIAL OF 12 JURORS DEMANDED<br>:<br>: **FILED**<br>:<br>: SEP 1 4 2018<br>:<br>: KATE BARKMAN, Clerk<br>: By _____ Dep. Clerk |

## ORDER

AND NOW, this 14th day of September, 2018, upon consideration of Plaintiffs' Petition for Approval of Settlement, it is hereby ORDERED and DECREED that the Petition is hereby granted as follows:

Petitioners, Scott Weiser and Liza Weiser, are hereby authorized to enter into the settlement agreement attached to the Petition and to accept the payment of Fifty Thousand Dollars ($50,000) from Defendant Roush and Four Hundred Twenty-Five Thousand Dollars ($425,000.00) from the Elizabethtown Area School District Defendants as full and final settlement of all claims in this matter, all of which shall be distributed pursuant to Pennsylvania's wrongful death statute. 42 Pa. C.S. § 8301.

Pursuant to the fee agreement Petitioners entered into with the Law Offices of Gibbel Kraybill and Hess LLP ("Law Firm"), Petitioners are authorized to pay the Law Firm a fee in the amount of One Hundred Forty-Eight Thousand Three Hundred Thirty-Three Dollars ($148,333.00) and to reimburse the Law Firm for the payment of costs in the amount of Six

**ENTERED**
SEP 1 4 2018
CLERK OF COURT

Thousand Three Hundred Forty-Two Dollars and 28/100 ($6,342.28). The remaining balance shall be distributed to Scott Weiser and Liza Weiser.

Accordingly, the settlement proceeds shall be distributed as follows:

| | | |
|---|---|---|
| 1. | Scott and Liza Weiser | $ 320,324.72 |
| 2. | Gibbel Kraybill & Hess LLP for fees | $ 148,333.00 |
| 3. | Gibbel Kraybill & Hess LLP for costs | $     6,342.28 |

Defendants' counsel shall deliver to the Law Firm the settlement checks made payable to the Law Firm of Gibbel Kraybill & Hess, LLP. Petitioners' counsel shall thereafter distribute the settlement proceeds pursuant to this Order.

BY THE COURT:

HENRY S. PERKIN, U.S.M J

2